UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AJAYA JASMINE BLAKE,**

    **Plaintiff,**

v.                                **Case No. 8:25-cv-01006-MSS-AAS**

**FRANK BISIGNANO,
Commissioner of the Social
Security Administration,**[1]

    **Defendant.**
_____/

## REPORT AND RECOMMENDATION

Ajaya Jasmine Blake moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 20). The Commissioner does not oppose the motion. (Doc. 20-4).

Ms. Blake requests $8,557.30 in attorney's fees, plus the filing cost of $405.00. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A September 18, 2025 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Under Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Bisignano should be substituted as the defendant in this suit.

1

17). The Clerk entered judgment in Ms. Blake's favor. (Doc. 18).

The Commissioner does not contest the following: Ms. Blake is the prevailing party; Ms. Blake's net worth was less than $2 million when she filed her complaint; the Commissioner's position was not substantially justified; no special circumstances make an attorney's fees award unjust; and Ms. Blake's attorney's fees request is reasonable. A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Ms. Blake is entitled to $8,557.30 in attorney's fees, plus the filing cost of $405.00.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Ms. Blake owes a debt to the United States. Ms. Blake assigned her rights to EAJA fees to her attorney. (Doc. 20-3). So, if Ms. Blake has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **RECOMMENDED** that Ms. Blake's motion for attorney's and costs fees under the EAJA (Doc. 20) be **GRANTED**. Ms. Blake should be awarded **$8,557.30** in attorney's fees, plus the filing cost of **$405.00**.

**ENTERED** in Tampa, Florida, on October 22, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

## NOTICE TO PARTIES

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.